(114 So. 924)

Lemmie MAPLES v. STATE. (1 Div. 748.) Court of Appeals of Alabama. Nov. 22, 1927.

Joel W. Goldsby, Judge.

SAMFORD, J. Affirmed.

(115 So. 924)

Emmitt MARBUT v. STATE. (8 Div. 659.) Court of Appeals of Alabama. Jan. 31, 1928.

O. Kyle, Judge.

SAMFORD, J. Affirmed.

(118 So. 925)

Eugene MARCUS v. STATE. (5 Div. 717.) Court of Appeals of Alabama. Nov. 27, 1928.

George F. Smoot, Judge.

BRICKEN, P. J. Affirmed.

(114 So. 924)

T. S. MARINO v. Phil DORN et al. (6 Div. 258.) Court of Appeals of Alabama. Dec. 13, 1927.

C. B. Smith, Judge.

SAMFORD, J. Appeal dismissed.

(112 So. 923)

Zone MARSHALL v. STATE. (7 Div. 299.) Court of Appeals of Alabama. April 12, 1927.

W. W. Haralson, Judge. See, also, 109 So. 558. John B. Isbell, of Ft. Payne, for appellant. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. The court has considered this case en banc, and after reading the entire record it is the opinion of the court that the trial court admitted error in refusing to grant to the defendant a new trial upon his motion. The judgment is reversed, and the cause is remanded. Reversed and remanded.

(114 So. 924)

Ex. parte Cliff MARTIN. (4 Div. 373.) Court of Appeals of Alabama. Nov. 15, 1927.

PER CURIAM. Rule nisi denied.

(117 So. 926)

J. Robert MARTIN v. STATE. (8 Div. 623.) Court of Appeals of Alabama. May 22, 1928.

W. W. Haralson, Judge. Distilling. W. C.

Rayburn, of Guntersville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(118 So. 925)

Jim MATTHEWS v. STATE. (4 Div. 450.) Court of Appeals of Alabama. Nov. 27, 1928.

J. S. Williams, Judge.

SAMFORD, J. Affirmed.

(112 So. 924)

Winfield MATTHEWS v. STATE. (4 Div. 251.) Court of Appeals of Alabama. May 10, 1927.

W. L. Parks, Judge. Sanders & Brunson, of Elba, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. Under the conflicting evidence in this case a jury question was presented. The court, therefore, properly refused the affirmative charge, which the defendant requested in writing. The evidence of the two state's witnesses was positive and direct, and tended to show that they stood within a few feet from the defendant, and saw him making whisky upon a small still outfit, which they destroyed. They testified that he was working at and with the still, that whisky was running from the still, and upon the approach of the officers he and another party ran away. He (defendant) was arrested a few minutes later at his brother's house, which was a short distance away. The court's rulings on the admission of evidence, to which exception was reserved, were without error. The evidence was ample to justify the jury in its verdict of "guilty as charged in the first count of the indictment." The record proper appears regular in all things. Let the judgment of conviction, from which this appeal was taken, stand affirmed. Affirmed.

(112 So. 924)

Ralph MAY v. STATE. (6 Div. 140.) Court of Appeals of Alabama. May 10, 1927.

J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed by appellant.

(111 So. 926)

Buckshot MAYNOR v. STATE. (4 Div. 237.) (Court of Appeals of Alabama. Dec. 14, 1926. Rehearing Denied Jan. 11, 1927.) W. L. Parks, Judge. A. G. Seay, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Affirmed.

(117 So. 926)

Jesse MEAD v. STATE. (8 Div. 693.) Court of Appeals of Alabama. June 30, 1928.

W. T. Lowe, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.